**REDACTED**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:24CR- 18 |
| | ) | Violations: |
| LORRAINA M. RAKES | ) | 18 U.S.C. § 932(b)(1), |
| | ) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2), |
| | ) | 18 U.S.C. § 922(d)(1) & (9), and |
| | ) | 18 U.S.C. § 924(a)(8) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 9, 2024, in the Northern District of Indiana,

LORRAINA M. RAKES,

defendant herein, did knowingly purchase a firearm, to wit: a Glock 19X, SN: CCCA396, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of another person, knowing and having reasonable cause to believe that such other person has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and has been convicted in any court of a misdemeanor crime of domestic violence,

All in violation of 18 U.S.C. § 932(b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about April 9, 2024, in the Northern District of Indiana,

LORRAINA M. RAKES,

defendant herein, in connection with the acquisition of a Glock 19X, SN: CCCA396 firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm, knowing that information to be false,

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

Between on or about April 9, 2024, and April 26, 2024, in the Northern District of Indiana and elsewhere,

LORRAINA M. RAKES,

defendant herein, knowingly sold and otherwise disposed of a firearm and ammunition, to wit: a Glock 19X, SN: CCCA396, a Ruger LCP Max, SN: 381373113, an FN Reflex, SN: CCW0032397, and Sellier & Bellot 9mm ammunition, to a person, knowing and having reasonable cause to believe that such person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and that such person had been convicted in any court of a misdemeanor crime of domestic violence;

All in violation of 18 U.S.C. § 922(d)(1) and (9) and 18 U.S.C. § 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

Upon conviction of any of the offenses alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Stacey R. Speith
      Stacey R. Speith
      Assistant United States Attorney